Printed: 01/14/10 09:39 AM

# Claims Distribution Small Checks

Trustee: Bridget A. Brine (430170)

Page: 1

Case: 08-50618 - TURNER, ROBERT L

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 3205845166 | 114 | 01/14/10 | | | | | | | Check Amount: | $3.87 |
| | | | 9 | 08/25/08 | 610 | TREVCO A DIV OF SIMONS | 135.50 | 135.50 | 1.63 | 1.63 |
| | | | 12 | 09/29/08 | 610 | LVNV Funding LLC | 67.48 | 67.48 | 0.81 | 0.81 |
| | | | 13 | 09/29/08 | 610 | LVNV Funding LLC | 119.02 | 119.02 | 1.43 | 1.43 |

(*) Denotes objection to Amount Filed

RECEIVED
2010 JAN 19 AM 9:30
U.S. BANKRUPTCY COURT
DULUTH, MN